In the Matter of CHRISTOPHER BRINSTER, Appellant, v TAMI D. SKLAR, Respondent. [37 NYS3d 906]—Appeal by the

father from a corrected order of the Family Court, Nassau County (Elaine Jackson Stack, J.H.O.), dated December 23, 2014. The corrected order dismissed the father's petition alleging a violation of an order of visitation. The father's assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the corrected order is affirmed, without costs or disbursements.

We are satisfied with the sufficiency of the brief filed by assigned counsel pursuant to *Anders v California* (386 US 738 [1967]). Upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]). Balkin, J.P., Austin, Sgroi and Duffy, JJ., concur.